FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2013 JUL 10 PM 2: 40

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

ALEXANDER JAMES KOBY

CASE NO. 6:13-cr-174-Orl-22KRS
18 U.S.C. § 2422(b)
18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2253 - Forfeiture
18 U.S.C. § 2428 - Forfeiture

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on or about April 19, 2013 through May 8, 2013, in Volusia County, Florida, in the Middle District of Florida, and elsewhere,

**ALEXANDER JAMES KOBY**

the defendant herein, using a facility and means of interstate commerce, namely, the Internet, did knowingly attempt to persuade, induce, entice, and coerce, an individual who had not attained the age of 18 years to engage in a sexual activity for which any person could be charged with a criminal offense under Florida law, namely, Lewd or Lascivious Battery, a violation of Section 800.04 of the Florida Statutes.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

On or about May 8, 2013, in Volusia County, Florida, in the Middle District of Florida, and elsewhere,

**ALEXANDER JAMES KOBY**

the defendant herein, did knowingly possess material containing images of child pornography, that is, visual depictions of a minor engaging in sexually explicit conduct, which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and using any means and facility of interstate and foreign commerce, that is, the Internet.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FORFEITURE

1. The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Sections 2428 and 2253.

2. The defendant, **ALEXANDER JAMES KOBY**, upon conviction of a violation of Title 18, United States Code, Section 2422, shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 2428, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal,

constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense. The property to be forfeited includes, but is not limited to, 1) Cell phone and  2) HP Laptop Computer.

3. From his engagement in violations alleged in Count Two of this Indictment, the defendant, **ALEXANDER JAMES KOBY**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all of his interest in:

a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to: 1) Cell phone and  2) HP Laptop Computer.

4. If any of the property described above, as being subject to forfeiture, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third person;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property and the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
Acting United States Attorney

By: _____
Myrna Amelia Mesa
Special Assistant United States Attorney

By: _____
Carlos A. Perez-Irizarry
Assistant United States Attorney
Chief, Orlando Division

4

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

ALEXANDER JAMES KOBY

## INDICTMENT

Violations:

18 U.S.C. § 2422(b)
18 U.S.C. § 2252A(a)(5)(B)

A true bill,

_________________________
Foreperson

Filed in open court this 10th day

of July, 2013.

_________________________
Clerk

Bail $__________